FILED
U.S. District Court
District of Kansas

AUG 15 2025

Clerk, U.S. District Court
By [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Damon L. Wheeler

(Enter above the full name of Plaintiff(s))

vs.

Burlington
Name

8225 E. Kellogg
Street and number

Wichita KS 67207
City State Zip Code

(Enter above the full name and address of Defendant in this action - list the name and address of any additional Defendants on the back side of this sheet.)

Case Number: 6:25-cv-1177-DDC-BGS
(To be assigned by Clerk)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

______________________________

______________________________

______________________________

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

______________________________
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

______________________________

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☐ Yes Date filed: ______________________________
☑ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes Date filed: 8-6-25
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☑ Yes ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming ***age discrimination***, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):

- [x] failure to hire me
- [x] termination of my employment
- [x] failure to promote me
- [x] failure to accommodate my disability
- [x] terms and conditions of my employment differ from those of similar employees
- [x] retaliation
- [ ] harassment
- [ ] reduction in wages
- [ ] other conduct (specify):

Did your complain about this same conduct in your charge of discrimination?

- [x] Yes
- [ ] No

9. I believe that I was discriminated against because of (check all that apply):

- [ ] my race or color, which is Black
- [ ] my religion, which is Christian national manifestation of a structuralized Latino organization
- [ ] my national origin, which is American
- [ ] my gender, which is [x] male; [ ] female
- [ ] my disability or perceived disability, which is schizoaffective disorder
- [ ] my age (my birth year is: 1983)
- [ ] other:

Did you state the same reason(s) in your charge of discrimination?

- [x] Yes
- [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I was terminated because of my disability, retaliated against by co-workers due to the non accomodation

of my employer for my disability

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
- [ ] are still being committed by Defendant.
- [x] are no longer being committed by Defendant.
- [ ] may still be being committed by Defendant.

12. Plaintiff:
- [ ] still works for Defendant
- [x] no longer works for Defendant or was not hired

13. If this is a ***disability-related claim***, did Defendant deny a request for a reasonable accommodation?
- [ ] Yes
- [x] No

Explain: 

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
- [ ] Defendant be directed to employ Plaintiff
- [ ] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [x] Defendant be directed to pay Plaintiff for loss wages and damages

☐ Injunctive relief (please explain): ______
☑ Monetary damages (please explain): for loss wages and damages
☐ Costs and fees involved in litigating this case
☐ As additional relief to make Plaintiff whole, Plaintiff

seeks: $5,000 to $20,000 in Loss wages of earnings that could've been made from employment

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 15 day of August, 20 25.

Damon L. Wheeler
Signature of Plaintiff

DAMON L. Wheeler
Name (Print or Type)

408 E. LINCOLN ST
Address

Wichita, KS 67211
City State Zip Code

316-205-9113
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☑ Wichita, ☐ Kansas City, ☐ Topeka}. Kansas as the location for the trial in this matter.
(Select One Location)

______
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☑ Yes ☐ No
(Select One)

Damon L. Wheeler
Signature of Plaintiff

Dated: 8/15/25
(Rev. 10/15)