FILED
U.S. District Court
District of Kansas

AUG 15 2025

Clerk, U.S. District Court
By ________ Deputy Clerk

United States District Court

District of Kansas

Damon L Wheeler

Plaintiff

Vs

Case # 25-CV-1177

Burlington

Defendant

Motion to show cause

In conjunction with the United States District Court Plaintiff Damon L. Wheeler filing this motion to show cause under the circumstances that former employer Burlington were in violation of Federal Statue 29 CFR part 525 Americans with Disabilities Act from employer resulting in wrongful termination.Employee Damon L. Wheeler was hired as a loss prevention Agent ending with assignments as a loss prevention agent. With a cause as to where employer violated Federal Statue 29CFR part 525 due to employee listing he has a documented disability but could perform job descriptive duties. Individuals at Burlington resulted in Retaliation on Plaintiff Damon L. Wheeler's documented mental disorder ( schizo-affective) disorder knowing employee Damon L.Wheeler was treated with medication by Comcare ( a state jurisdictional agency) under Title 21 CFR 291.505 (d)(1) as to employee's well being for Burlington. Plaintiff notified General Manager Jennifer December 16th of his availability and not for his job responsibilities to be placed on others as a loss prevention associate.Employee Damon L. Wheeler became retaliated against by being sent home for having altercations with customers trying to shop lift with Burlington. Under 29 CFR 1630.12 know that he became retaliated against by employees. Damon L. Wheeler can provide substantial evidence to proceed in suit against Burlington in the terms of Retaliation and Religion of Mr. Wheeler being a Reformed member of a structuralized latino organization, Americans with Disabilities Act to proceed in the United States District Court in this motion complaint to show cause for the United States District Court to examine in reference why this motion should be granted on this 15th Day of August 2025

Damon Wheeler
408 E. Lincoln
Wichita, ks 67211
316-205-9113