FILED
U.S. District Court
District of Kansas

SEP 03 2025

Clerk, U.S. District Court
By [signature] Deputy Clerk

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Kansas City Area Office
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/22/2025

**To:** Mr. Damon L. Wheeler Sr.
408 E Lincoln St
Wichita, KS 67211

25-CV-1177

Charge No: 563-2025-04224

B

EEOC Representative and email: SERGIO AGUILAR
EQUAL OPPORTUNITY INVESTIGATOR - BILINGUAL
SERGIO.AGUILAR@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2025-04224

On behalf of the Commission,

Digitally Signed By:David Davis
08/22/2025

David Davis
District Director

Damon L. Wheeler
408 E. LINCOLN ST
WICHITA, KS 67211
316-205-9113

**Cc:**
NA NA
Burlington
8225 E. Kellogg
WICHITA, KS 67207

Maria Collazos
Burlington
1830 Route 130 North
Burlington, NJ 08016

Please retain this Notice for your records.