UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| DAMON L. WHEELER, | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 25-1177-DDC-BGS |
| BURLINGTON, | : | |
| Defendant. | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the voluntary dismissal of the Complaint filed herein with prejudice, each party to bear its own attorneys' fees and costs. The claims have been resolved without compromise. Therefore, dismissal is appropriate.

DATED this 22nd day of September 2025.

Respectfully submitted,

By: */s/*
Damon L. Wheeler
Pro Se Plaintiff
maahummaestro83@gmail.com
408 E. Lincoln St.
Wichita, Kansas 67211

By: */s/Corey Franklin*
Corey L. Franklin, #78598
7777 Bonhomme Avenue, Suite 1710
St. Louis, MO 63105
(314) 257-0305 – Phone
cfranklin@fordharrison.com

Luis A. Santos (*pro hac vice* motion forthcoming)
Florida Bar No. 0084647
lsantos@fordharrison.com

FORD & HARRISON LLP
300 South Orange Ave.
Suite 1300
Orlando, FL 33602-5133
Telephone: (407) 418-2300
Facsimile: (407) 418-2327

*Attorney for Defendant Burlington Coat Factory Warehouse Corporation*